UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Marija Petrovic ) | |
| A 055-948-627 ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| Kevin Riddle, Chicago Field ) | |
| Office Director at the USCIS, ) | |
| Department of Homeland ) | **PETITION FOR WRIT OF MANDAMUS** |
| Security; ) | |
| Mark Hansen, Acting ) | |
| District Director of the USCIS, ) | |
| Department of Homeland ) | Case No. 1:22-cv-1770 |
| Security; ) | |
| Alejandro Mayorkas, ) | |
| Secretary, Department of ) | |
| Homeland Security; ) | |
| Merrick ) | |
| Garland, Attorney General ) | |
| U.S. Department of Justice ) | |
| ) | |
| & ) | |
| ) | |
| Christopher A. Wray, ) | |
| Director, Federal Bureau of ) | |
| Investigation. ) | |
| ) | |
| Defendants. ) | |

### COMPLAINT IN THE NATURE OF MANDAMUS

Plaintiff, by her undersigned attorney, complaining of Defendants, allege as follows:

1. This is an action for declaratory and mandatory relief, authorized by 28 U.S.C. §1361, the mandamus statute; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §702, the Administrative Procedure Act, ("APA").

2. This action seeks to compel the Chicago USCIS District Office of the Department of Homeland Security ("DHS") to adjudicate Plaintiff, Marija Petrovic's, Form N-400

1

       Application for Naturalization that was filed on May 6, 2020 and has been pending now for approximately 23 months.

3. Plaintiff is a resident of Chicago, Illinois. *See* Exhibit 1.

4. Plaintiff was granted her permanent residency on August 3, 2015. Her A file is A 055 928 627. *See* Exhibit 2.

5. Any named Defendant is sued in his official capacity only.

6. Mark Hansen, the Defendant herein, is the Acting District Director of the United States Citizenship and Immigration Services (USCIS) and is being sued herein in his official capacity. Defendant is responsible for the grant or denial of naturalization applications filed within the Chicago USCIS District Office. The Federal Bureau of Investigation ("FBI") is named as a party to this action because they conduct a name/security check for the DHS as part of the application process.

7. This court has jurisdiction over the present action pursuant to 28 U.S.C. §1331, the mandamus statute; 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §701 *et seq.*, the Administrative Procedure Act, ("APA").

8. Venue is proper in this court, pursuant to 28 U.S.C. §1391(e) in that Plaintiff may request a hearing on the matter in the District where Plaintiff resides.

9. On May 6, 2020, the Plaintiff's application for naturalization was received by the Defendant (IOE0908951357). *See* Exhibit 3. Plaintiff's biometrics on this N-400 Application were not needed since USCIS indicated on February 19, 2021, that it was able to recapture her biometric data. *See* Exhibit 4. The Plaintiff has not been interviewed on her N-400 application but has made several attempts to seek interview as further explained below.

10. After waiting for over 17 months to hear something from DHS, at which point Plaintiff's naturalization case was outside of USCIS current processing times, Plaintiff sought the assistance of her congressional office by contacting Congressman Quigley's Office in

2

October 2021. *See* Exhibit 5. The USCIS response incorrectly stated that Plaintiff's naturalization application was still within USCIS current processing times.

11. Plaintiff submitted a status inquiry with USCIS on November 19, 2021. The response received from Chicago USCIS on November 22, 2021 indicated that Plaintiff's naturalization application was still pending review and that no time frame could be given on when review would be completed. *See* Exhibit 6.

12. Plaintiff sought the assistance of her congressional office on two more occasions, contacting Congressman Quigley's Office in January 2022 and in March 2022. *See* Exhibits 7, 8. As a result, Congressman Quigley's office has made at least three requests to USCIS to arrange for Plaintiff 's naturalization interview to be scheduled. The last response sent to Congressman Quigley's office from the Chicago USCIS was received on March 24, 2022, in which Chicago USCIS indicates they are still waiting for the file to be delivered to them by the National Benefits Center, an administerial task that has not been accomplished despite the nearly two years Plaintiff has been waiting for interview. *See* Exhibit 8.

13. The adjudication of Plaintiff's application for naturalization is a non-discretionary ministerial act that the USCIS has a duty to accomplish in a reasonably timely fashion. Plaintiff's application for naturalization has been pending for almost two years since the time of filing and the file is stuck in NBC and USCIS has not made any concerted effort to resolve this matter.

14. The FBI has a non-discretionary ministerial duty to complete the background check for plaintiff in a reasonably timely fashion.

15. In addition, the continuing failure of the Defendants to adjudicate Plaintiff's application for citizenship violates the Administrative Procedures Act ("APA"), which requires federal agencies to conclude matters with reasonable promptness ("It is the sense of Congress that the processing of an immigration benefit application should be completed not later than 180

3

days after the initial filing of the application." 8 U.S.C. §1571, *see* 5 U.S.C. §555(b)). Under the APA, 5 U.S.C. §706(1), this Court has the power to compel agency action unlawfully withheld or unreasonably delayed.

16. Plaintiff desires a judicial determination ordering USCIS to schedule her naturalization interview and to expeditiously complete processing of her naturalization application that has been subject to unexplained and inexplicable delays.

WHEREFORE, the Plaintiff prays that:

1. The Court will hear Plaintiff's case and compel DHS to adjudicate Plaintiff's naturalization application.

2. The Court will grant such further relief, including attorney fees and costs of this action, as may be just, lawful, and equitable in the premises.

Dated: __04/06/2022_____      ___/s/: Mark Davidson_____
                                    Mark Davidson
                                    Attorney for Plaintiff


Mark Davidson
Davidson & Seseri, LLC.
10 S. LaSalle Street, Suite 2300
Chicago, Illinois 60603
Telephone: (312) 561-6000
Fax: (312) 445-0188