1

**ILLINOIS**

Jesse White • Secretary of State

**DRIVER'S LICENSE**

USA



4d LIC NO: **P361-5408-6921**

3 DOB:

4b EXP: **11/11/2024**        4a ISS: **11/06/2020**

1 **PETROVIC**
2 **MARIJA**
8 **4420 N WINCHESTER AVE**
**APT 2E**
**CHICAGO, IL 60640**

9 CLASS: **D**        9a END: **NONE**

12 REST: **NONE**

15 SEX: **F**        16 HGT: **5'-06"**

17 WGT: **122 lbs**        18 EYES: **BRN**        TYPE: **ORG**

5 DD **11062020395IS8927**

2



3

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt | | | NOTICE DATE |
|---|---|---|---|
| | | | May 08, 2020 |
| CASE TYPE | | | USCIS A# |
| N-400, Application for Naturalization | | | A055948627 |
| RECEIPT NUMBER | RECEIVED DATE | PRIORITY DATE | PAGE |
| IOE0908951357 | May 06, 2020 | May 06, 2020 | 1 of 1 |

| APPLICANT NAME AND MAILING ADDRESS | PAYMENT INFORMATION: | |
|---|---|---|
| MARIJA PETROVIC<br>4420 N WINCHESTER AVE APT 2E<br>CHICAGO, IL 60640    3  00000934 | **Single Application Fee:** | $725.00 |
| | **Total Balance Due:** | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:          November 11, 1986
Address Where You Live: MARIJA PETROVIC
                        4420 N WINCHESTER AVE APT 2E
                        CHICAGO, IL 60640

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

Upon receipt of all required Record Checks, you will be scheduled to appear for an interview at your local USCIS field office.

For more information about the naturalization process and eligibility requirements, please read *A Guide to Naturalization* (M-476). USCIS also has a free booklet to help study for the naturalization test. Ask about *Learn About the United States: Quick Civics Lessons* when you go to have your fingerprints taken at the Application Support Center.

You can get a copy of the Guide, the Quick Civics Lessons booklet, and other civics and citizenship study materials from the USCIS website (www.uscis.gov). You can also visit the USCIS website to find valuable information about forms and filing instructions, and about general immigration services and benefits.

If you have additional questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other case you may have filed.

**USCIS Office Address:**

USCIS National Benefits Center
P. O. Box 648005
Lee's Summit, MO 64002
Attention: N-400 Naturalization Applications

**USCIS Customer Service Number:**

(800)375-5283
APPLICANT COPY

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.          Form I-797C  04/01/19

Scanned with CamScanner

4



Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Notice to Applicants | CASE TYPE N400 - APPLICATION FOR NATURALIZATION | | NOTICE DATE 02/19/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER IOE0908951357 | | USCIS A# A055 948 627 | CODE N/A |
| ACCOUNT NUMBER 079951144068 | TCB | SERVICE CENTER NBC | PAGE 1 of 1 |

MARIJA PETROVIC
4420 N WINCHESTER AVE APT 2E
CHICAGO IL 60640

U. S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past, however, it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. **The biometrics fee will not be refunded.**

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

APPLICATION NUMBER
N400 · IOE0908951357



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

WARNING: *Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.*

---

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/01/19

Scanned with CamScanner

5

**Gwen Neslund**

| | |
|---|---|
| **From:** | marija petrovic <marija.petrovic12@yahoo.com> |
| **Sent:** | Wednesday, October 27, 2021 5:20 PM |
| **To:** | Gwen Neslund |
| **Subject:** | Fw: USSCIS Response |

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "marija petrovic" <marija.petrovic12@yahoo.com>
**To:** "Dusan Savic" <svc_dusan@hotmail.com>
**Sent:** Wed, Oct 27, 2021 at 4:29 PM
**Subject:** Re: USSCIS Response
Thank you

Sent from Yahoo Mail on Android

On Wed, Oct 27, 2021 at 2:47 PM, marija petrovic
<marija.petrovic12@yahoo.com> wrote:

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Winters, Adam" <Adam.Winters@mail.house.gov>
**To:** "marija petrovic" <marija.petrovic12@yahoo.com>
**Sent:** Wed, Oct 27, 2021 at 2:37 PM
**Subject:** USSCIS Response

Good Afternoon,

USCIS has responded to the inquiry I sent on your behalf. Please see below and if I can be of any assistance you may contact me at any time.

Re: MARIJA PETROVIC, N-400 - Application for Naturalization IOE0908951357

Name: Marija Petrovic

Receipt Number: IOE0908951357

Form: N-400

1

Date Received: 05/06/2020

Thank you for your inquiry regarding this constituent's immigration matter. Our review indicates that this case is within USCIS's current processing time. Processing time information can be found on our website on the USCIS Processing Time Information page. For employment-based or family-based Forms I-485, Forms N-400, or Forms N-600, please check processing times for the local field office. Once further action is taken, a notice will be sent to the address of record.

Sincerely,

**Adam Winters** (He/Him)

Congressional Aide | (773) 267-5926

3223 N. Sheffield Ave. Chicago, IL





6

U.S. Department of Homeland Security
USCIS
101 W. Ida B. Wells Drive
Chicago,IL 60605



**U.S. Citizenship and
Immigration Services**

Monday, November 22, 2021

DAVIDSON, MARK
DAVIDSON & SESERI, LLC

## ATTORNEY COPY

MARIJA PETROVIC
4420 N WINCHESTER AVE
APT 2E
CHICAGO IL 60640

Dear Marija Petrovic:

On 11/19/2021, you or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | Davidson, Mark |
| **Caller indicated they are:** | Attorney or Authorized Representative |
| **Attorney Name:** | DAVIDSON, MARK |
| **Case type:** | N400 |
| **Filing date:** | 05/06/2020 |
| **Receipt #:** | IOE-09-089-51357 |
| **Referral ID:** | SR13232101970CHI |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | A055948627 |
| **Type of service requested:** | Outside Nprmal Processing Times |

The status of this service request is:

On November 19, 2021, you or your representative contacted USCIS concerning your Application for Naturalization; N-400 to notify us that your application is outside normal processing times. Below is a summary of what we found and how the issue has been or may be resolved.

Your Application for Naturalization; N-400 is pending Review. We regret that we are not able to give you a timeframe for when we will complete the review of your petition/application. We will forward this inquiry to the appropriate party for consideration.

What You Can Do
Please see the "Online Services" below to check the status of your case in the near future. We apologize for the delay. If you moved, go to www.uscis.gov/addresschange to give us your new mailing address.

We hope this information is helpful to you.

-----------------------------------

Online Services

We offer many online services and tools to help you find the information you need. Please visit our Web site at www.uscis.gov for information about:

* Using our Case Status Online tool;
* Signing up for case status updates;
* Checking processing times;
* Submitting an e-Request to inquire about certain applications and petitions;
* Using our Office Locator; and
* Downloading forms.

Address Changes

If you move, please provide us with an updated address. For more information about address changes, please visit our Web site at www.uscis.gov/ar-11, and click on "Change Your Address Online."

For More Information

If you do not find the information you need through our online services and need further assistance, you may contact our National Customer Service Center at 1-800-375-5283 or 1-800-767-1833 (TDD for the hearing impaired).

7

**Gwen Neslund**

| | |
|---|---|
| **From:** | marija petrovic <marija.petrovic12@yahoo.com> |
| **Sent:** | Wednesday, January 12, 2022 11:02 AM |
| **To:** | Gwen Neslund |
| **Subject:** | Fw: USCIS Response |

Good morning Gwen,5 days ago we send to Congressman email and today i get this email,can you please check for me what is next step?

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "marija petrovic" <marija.petrovic12@yahoo.com>
**To:** "Adam.Winters@mail.house.gov" <Adam.Winters@mail.house.gov>
**Sent:** Wed, Jan 12, 2022 at 11:00 AM
**Subject:** Re: USCIS Response

Sent from Yahoo Mail on Android

On Wed, Jan 12, 2022 at 10:52 AM, Winters, Adam
<Adam.Winters@mail.house.gov> wrote:

Good Morning,

After inquiring to USCIS on your behalf, I have received the following response from the agency. Please see below and if you have any questions, you may contact me at any time.

Thank you for your inquiry regarding this constituent's immigration matter. Due to workload factors not related to the applicant's case, USCIS anticipates a delay in completing this case. A review of our systems shows we are currently awaiting the applicant's A-file in order to complete the pre-processing of this case. Once we receive the A-file, your constituent's case will then be placed into the interview scheduling queue for the Chicago **Field Office.** Once this case is scheduled for interview, an interview notice will be sent to the address of record and the NBC will forward this file to the field office.

Please note we are unable to provide a timeframe for the completion of this process. The USICS is mindful of the inconvenience of this matter and the case will be worked as soon as possible

Sincerely,

1

**Adam Winters** (He/Him)

Congressional Aide | (773) 267-5926

3223 N. Sheffield Ave. Chicago, IL





**Mark Davidson**

| | |
|---|---|
| **From:** | marija petrovic <marija.petrovic12@yahoo.com> |
| **Sent:** | Thursday, March 3, 2022 11:29 AM |
| **To:** | Adam.Winters@mail.house.gov; Mark Davidson |
| **Subject:** | RE: Quigely's January 12 Email to Marija Petrovic-Naturalization |

Thank you....

Sent from Yahoo Mail on Android

On Thu, Mar 3, 2022 at 11:22 AM, Winters, Adam
<Adam.Winters@mail.house.gov> wrote:

Good Morning,

Thank you for the form. I will inquire right away.

Sincerely,

**Adam Winters** (He/Him)

Congressional Aide | (773) 267-5926

3223 N. Sheffield Ave. Chicago, IL





**From:** marija petrovic <marija.petrovic12@yahoo.com>
**Sent:** Tuesday, March 1, 2022 6:38 PM

1

**To:** Mark Davidson <msd@dsvisalaw.com>; Winters, Adam <Adam.Winters@mail.house.gov>
**Subject:** RE: Quigely's January 12 Email to Marija Petrovic-Naturalization

Sent from Mail for Windows

---

**From:** Mark Davidson
**Sent:** Tuesday, March 1, 2022 1:48 PM
**To:** marija petrovic
**Subject:** RE: Quigely's January 12 Email to Marija Petrovic-Naturalization

Do it again.  I will review.

Please note our new office address effective March 1, 2022.

Mark Davidson

Davidson & Seseri, LLC

10 S. LaSalle Street, Suite 2300

Chicago, IL 60603

312-561-6000

---

**From:** marija petrovic <marija.petrovic12@yahoo.com>
**Sent:** Tuesday, March 1, 2022 1:47 PM
**To:** Mark Davidson <msd@dsvisalaw.com>
**Subject:** Fw: Quigely's January 12 Email to Marija Petrovic-Naturalization

Sent from Yahoo Mail on Android

----- Forwarded Message -----

**From:** "marija petrovic" <marija.petrovic12@yahoo.com>

**To:** "Gwen Neslund" <gneslund@dsvisalaw.com>

**Cc:**

**Sent:** Tue, Mar 1, 2022 at 1:44 PM

**Subject:** Fw: Quigely's January 12 Email to Marija Petrovic-Naturalization


Sent from Yahoo Mail on Android


----- Forwarded Message -----

**From:** "marija petrovic" <marija.petrovic12@yahoo.com>

**To:** "Adam.Winters@mail.house.gov" <Adam.Winters@mail.house.gov>, "Mark Davidson" <msd@dsvisalaw.com>

**Cc:**

**Sent:** Tue, Mar 1, 2022 at 1:42 PM

**Subject:** RE: Quigely's January 12 Email to Marija Petrovic-Naturalization

Mark Devidson

Sent from Yahoo Mail on Android

On Tue, Mar 1, 2022 at 11:11 AM, Winters, Adam <Adam.Winters@mail.house.gov> wrote:

Good Morning,

I do not at this time. However, I am able to inquire again if a new privacy release form is completed. For your reference, I have attached a blank form to this email.

Sincerely,

**Adam Winters** (He/Him)
Congressional Aide | (773) 267-5926
3223 N. Sheffield Ave. Chicago, IL

3



---

**From:** marija petrovic <marija.petrovic12@yahoo.com>
**Sent:** Monday, February 28, 2022 10:10 AM
**To:** Mark Davidson <msd@dsvisalaw.com>; Winters, Adam <Adam.Winters@mail.house.gov>
**Subject:** RE: Quigely's January 12 Email to Marija Petrovic-Naturalization

Goodmorning Mr Adams,
It past 3 weeks when we talk last time. Do you hava any update about my case?
Best Regards
Marija Petrovic

Sent from Mail for Windows

---

**From:** Mark Davidson
**Sent:** Monday, February 7, 2022 12:50 PM
**To:** marija petrovic
**Subject:** RE: Quigely's January 12 Email to Marija Petrovic-Naturalization

Marija,

Call Quigley's office and authorize them to talk to me about the case. Quigley's office wasn't really being responsive.

Mark Davidson

---

**From:** marija petrovic <marija.petrovic12@yahoo.com>
**Sent:** Monday, February 7, 2022 10:24 AM
**To:** Mark Davidson <msd@dsvisalaw.com>
**Subject:** Re: Quigely's January 12 Email to Marija Petrovic-Naturalization

Good morning Mr.Mark , i get this email last week,and i send to Gwen but she didnt respond to me, because of that i resent to you ,can you please tell  for me what is  our next step?  Thank you Marija

Sent from Yahoo Mail on Android

On Mon, Jan 31, 2022 at 5:19 PM, marija petrovic
<marija.petrovic12@yahoo.com> wrote:

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Winters, Adam" <Adam.Winters@mail.house.gov>
**To:** "marija petrovic" <marija.petrovic12@yahoo.com>

4

**Cc:**
**Sent:** Mon, Jan 31, 2022 at 4:47 PM
**Subject:** RE: Quigely's January 12 Email to Marija Petrovic-Naturalization
Good Afternoon,

Unfortunately, our office cannot contact the NBC and request an appointment to be made. If you would like our office to contact the NBC to clarify on any questions you may have, I will be more than happy to do so.

If you would like me to inquire, please fill out another privacy act release form with what you would specifically like the NBC to clarify on.

Sincerely,

**Adam Winters** (He/Him)
Congressional Aide | (773) 267-5926
3223 N. Sheffield Ave. Chicago, IL



---

**From:** marija petrovic <marija.petrovic12@yahoo.com>
**Sent:** Wednesday, January 26, 2022 1:44 PM
**To:** Winters, Adam <Adam.Winters@mail.house.gov>
**Subject:** FW: Quigely's January 12 Email to Marija Petrovic-Naturalization


Sent from Mail for Windows

---

**From:** Mark Davidson
**Sent:** Wednesday, January 26, 2022 10:19 AM
**To:** marija.petrovic12@yahoo.com
**Subject:** Re: Quigely's January 12 Email to Marija Petrovic-Naturalization

Dear Mr. Winters:

I spoke today with Ms. Petrovic and read your email from January 12, 2022, concerning USCIS's explanation of the reason for delay in her naturalization process.

The USCIS response strikes me as vague and contradictory.  The email initially states that "we are currently awaiting the applicant's A-file in order to complete the pre-processing of this case. Once we receive the A-File your constituent's case will then be placed into the interviewing queue for the Chicago Field Office."  Initially, it is not clear which office is waiting for the file to pre-process (reference to "we"), but it is most likely Chicago USCIS or NBC.  The next line states:  "Once this case is scheduled for interview, an interview notice will be sent to the address of record and the NBC will forward this file to the field office."   This line seemingly indicates the NBC is waiting for the Chicago field office to schedule her interview to forward the file to the Field office."  Essentially, trying to ascertain who has the file and how

5

the file is going to be scheduled for interview is impossible to fathom from these two contradictory lines. Is it Chicago that schedule (pursuant to their queue) or is it NBC? Initially, it appears that Chicago needs the file to schedule, whereas in the second explanation, it is Chicago that schedules, and then NBC forwards the file. So, who needs the file to schedule?

We thank you for your interest in helping Ms. Petrovic, but it strikes me that NBC must be contacted if they have the file, and either they schedule the appointment, or if they don't have the power to do so, then they send it to the Chicago USCIS field office, so that Chicago can put it into its queue. Does your office have the authority to contact the NBC?

Thank you for your assistance with your constituent.

Mark Davidson

_____

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

8

**Gwen Neslund**

| | |
|---|---|
| **From:** | marija petrovic <marija.petrovic12@yahoo.com> |
| **Sent:** | Thursday, March 24, 2022 11:03 PM |
| **To:** | Mark Davidson; Gwen Neslund |
| **Subject:** | Fw: USCIS Response |

Goodafternoon, this is what a received today from Adam Winters. Please let me if we can do something more for my situation. This was fifth time to send a form do Congressman and every time we received similar answer. Plese help us to finish this process finally. My husband can't apply for his process because i am stuck with mine.
Best Regards Marija Petrovic

Sent from Yahoo Mail on Android

----- Forwarded Message -----
**From:** "Winters, Adam" <Adam.Winters@mail.house.gov>
**To:** "'marija petrovic'" <marija.petrovic12@yahoo.com>
**Sent:** Thu, Mar 24, 2022 at 10:08 AM
**Subject:** USCIS Response

Good Morning,

After inquiring on your behalf, USCIS has confirmed that they are still waiting on you're A-file to complete pre-processing. At this time they are unable to determine at what time the file will be released.

If no progress has been made after 30 business days of this response, I will be more than happy to inquire again on your behalf.

Sincerely,

**Adam Winters** (He/Him)

Congressional Aide | (773) 267-5926

3223 N. Sheffield Ave. Chicago, IL

